452

Leonard WEBB, Movant, v. COMMON-
WEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.
April 24, 1953.

Rehearing Denied June 19, 1953.

Redwine & Redwine, Winchester, for
movant.

J. D. Buckman, Jr., Atty. Gen., Wm. F.
Simpson, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Clark
Circuit Court. Judgment of conviction for
operating motor truck on public highway
with a weight exceeding the statutory lim-
its. $500 fine. The facts, questions pre-
sented, authorities cited and applicable law
have been carefully considered.

Judgment affirmed.